Opinion filed May 28, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed May 28, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00142-CR

                                                    __________

 

                                           RENE DIMAS, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 259th District Court

 

                                                          
Jones County, Texas

 

                                                    Trial
Court Cause No. 10079

 



 

                                             M E
M O R A N D U M    O P I N I O N

Rene
Dimas has filed a motion to dismiss his appeal.  The motion is signed by both
appellant and his attorney.  The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

 

May 28, 2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.